# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-185-RJC-DCK

| | |
|---|---|
| WILBERT G. TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| USABLE LIFE, DISABILITY REINSURANCE MANAGEMENT SERVICES, INC., aka DISABILITY RMS, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by H. Bernard Tisdale, III, concerning W. Kyle Dillard on June 13, 2018. Mr. W. Kyle Dillard seeks to appear as counsel *pro hac vice* for Defendants, USAble Life and Disability Reinsurance Management Services, Inc. aka Disability RMS. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Mr. W. Kyle Dillard is hereby admitted *pro hac vice* to represent Defendants, USAble Life and Disability Reinsurance Management Services, Inc. aka Disability RMS.

**SO ORDERED**.

Signed: June 13, 2018

David C. Keesler
United States Magistrate Judge