# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-185-RJC-DCK

| | |
|---|---|
| WILBERT G. TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| USABLE LIFE, DISABILITY REINSURANCE MANAGEMENT SERVICES, INC. a/k/a DISABILITY RMS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Calvin B. Bennett III, filed a "Certification Of Mediation Session" (Document No. 15) notifying the Court that the parties reached a settlement on November 15, 2018. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 17, 2018**.

**SO ORDERED**.

Signed: November 28, 2018

David C. Keesler
United States Magistrate Judge